IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE R. MERRYMAN | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-392 |
| LORIE DAVIS, ET AL. | § | |

## **FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this civil rights action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 12(b). All motions not previously ruled on are **DENIED**.

**SIGNED** this the 28 day of **September, 2022.**

_____
Thad Heartfield
United States District Judge